**Opinion issued May 12, 2015**



In The

# Court of Appeals

For The

# First District of Texas

_____

## NO. 01-14-00999-CV

_____

**SAHAMI INVESTMENTS, LTD, Appellant/Cross-Appellee**

**V.**

**STATELY HOMES, LLC, THEODORE MORE, AND BRYAN PHILLIPS,
Appellees/Cross-Appellants**

**On Appeal from the 113th District Court
Harris County, Texas
Trial Court Case No. 2014-12172**

## MEMORANDUM OPINION

The parties have filed a joint motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a). We dismiss any other pending motions as moot.

## PER CURIAM

Panel consists of Justices Keyes, Bland, and Massengale.